2:98-cr-20047-MPM-DGB   # 80   Page 1 of 2

CD/IL PROB 12B
(Rev. 3/99)

E-FILED
Monday, 27 March, 2006  03:38:16 PM
Clerk, U.S. District Court, ILCD

# United States District Court

## for

### CENTRAL DISTRICT OF ILLINOIS

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| **NAME/ADDRESS OF OFFENDER:** | Aaron Hall          **CASE NUMBER:** 98-20047-002 |
| | Urbana, IL 61801 |
| **SENTENCING JUDICIAL OFFICER:** | Michael P. McCuskey<br>Chief U.S. District Judge |
| **DATE OF ORIGINAL SENTENCE:** | April 8, 1999 |
| **ORIGINAL OFFENSE:** | Armed Bank Robbery |
| **ORIGINAL SENTENCE:** | 51 months imprisonment followed by 5 years supervised release, and $7,234 restitution. |
| **TYPE OF SUPERVISION:** | Supervised release |
| **DATE SUPERVISION COMMENCED:** | March 20, 2002 |
| **DATE OF REVOCATION:** | October 15, 2002 |
| **REVOCATION OFFENSE:** | Unlawful Possession with Intent to Deliver Cannabis, Unlawful Use of Controlled Substance, Failure to Participate in Drug Treatment/Testing, and Failure to Report as Directed. |
| **REVOCATION SENTENCE:** | 24 months imprisonment, followed by 24 months supervised release with special conditions related to providing financial information, no new debt/credit, substance abuse treatment/testing, and job training. |
| **TYPE OF SUPERVISION:** | Supervised release |
| **DATE SUPERVISION RESUMED:** | June 3, 2004 |

### PETITIONING THE COURT

[X]  To extend the term of supervision for 1 year, for a total term of 3 years.
[ ]  To modify the conditions of supervision as follows:

   The term of supervised release is extended for one year to June 1, 2007.  All previously imposed conditions remain in effect.

**RE: HALL, Aaron**

## CAUSE

Mr. Hall's term of supervised release is due to terminate on June 2, 2006.  He has an outstanding balance due on restitution of $5,833.25 plus interest.  He failed to make consistent payments when employed previously, but has recently begun new employment and has agreed to make consistent payments or a garnishment will be entered.  An additional year of supervision will allow this officer to more closely monitor his employment and payments.

Mr. Hall was arrested on March 2, 2006, for Driving Under Suspension and Misdemeanor Possession of Cannabis.  He was stopped for the traffic citation and when he was arrested an envelope was found in his pants containing approximately 2.3 grams of marijuana.  These cases are still pending in Champaign County court.  An additional year of supervision will allow this officer additional time to address substance abuse issues with Mr. Hall and appropriately provide a consequence for his violations of supervised release.

Assistant U.S. Attorney David Hoff concurs with this recommended course of action.

                                                    Respectfully submitted,

                                                    s/Susan C. Silver
                                                    Susan C. Silver
                                                    U.S. Probation Officer
                                                    Date: March 16, 2006

SCS:sdo

---

THE COURT ORDERS:

[   ] No Action
[ X ] The Extension of Supervision as Noted Above
[   ] The Modification of Conditions as Noted Above
[   ] Other

                                                    s/ Michael P. McCuskey
                                                  _____
                                                     HONORABLE Michael P. McCuskey
                                                      Chief U.S. District Judge
                                               Date: March 27, 2006