E-FILED
Monday, 27 November, 2006  03:55:57 PM
Clerk, U.S. District Court, ILCD

# United States District Court

## for

### CENTRAL DISTRICT OF ILLINOIS

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| **NAME/ADDRESS OF OFFENDER:** | Aaron Hall   **CASE NUMBER:** 98-20047-001 |
| | Urbana, IL 61801 |
| **SENTENCING JUDICIAL OFFICER:** | Michael P. McCuskey<br>Chief U.S. District Judge |
| **DATE OF ORIGINAL SENTENCE:** | April 8, 1999 |
| **ORIGINAL OFFENSE:** | Armed Bank Robbery |
| **ORIGINAL SENTENCE:** | 51 months imprisonment followed by 5 years supervised release. Restitution of $6,859. |
| **DATE OF VIOLATION SENTENCE:** | October 15, 2002 |
| **VIOLATION OFFENSE:** | Unlawful Possession with Intent to Deliver Cannabis, Failure to Participate in Drug Treatment/Testing, Failure to Report, Failure to Notify of Change of Address, and Failure to Report Police Contact |
| **VIOLATION SENTENCE:** | 24 months imprisonment followed by 24 months supervised release with the following special conditions: 1) access to financial information; 2) not incur any new debts; 3) substance abuse testing/treatment; and 4) participate in job training. Restitution of $6,859.<br><br>March 27, 2006: Supervised release extended one year to June 1, 2007. |
| **TYPE OF SUPERVISION:** | Supervised release |
| **DATE SUPERVISION COMMENCED:** | June 3, 2004 |

## PETITIONING THE COURT

[ ]   To extend the term of supervision for  years, for a total term of  years.
[X]   To modify the conditions of supervision as follows:

  1. You shall serve six months in home confinement during your term of supervision. Your term of home confinement shall be served as **Home Detention.** During this time, you will remain

at your place of residence except for employment and other activities approved in advance by your probation officer. You shall wear an EM device and you shall pay the cost of this program as directed by your probation officer. You shall sign the rules of home confinement/electronic monitoring (EM) and comply with the conditions of home confinement. The period of home confinement will begin as soon as possible after the order is entered by the Court.

**CAUSE**

Mr. Hall pleaded guilty to the offense of Unlawful Possession of Cannabis (Class A Misdemeanor) in Champaign County Circuit Court case #06-CF-849 on September 20, 2006. The offense occurred on March 21, 2006, while on supervised release. Additionally, Mr. Hall was arrested for Driving Under the Influence of Alcohol on September 16, 2006, while on supervised release. Although this case is still pending, Mr. Hall has admitted his use of alcohol in connection with this charge to this officer. Mr. Hall has signed a wavier agreeing to the modification of his conditions of supervised release. AUSA David Hoff concurs with this course of action.

Respectfully submitted,

s/   Susan Silver

U.S. Probation Officer
Date: November 20, 2006

SCS:sdo

---

THE COURT ORDERS:

[   ]    No Action
[   ]    The Extension of Supervision as Noted Above
[ X ]    The Modification of Conditions as Noted Above
[   ]    Other

S/ Michael P. McCuskey
HONORABLE Michael P. McCuskey
U.S. District Judge
Date: November 27, 2006