PROB 49
(3/89)

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## Central District of Illinois

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release:

1. You shall serve six months in home confinement during your term of supervision. Your term of home confinement shall be served as **Home Detention.** During this time, you will remain at your place of residence except for employment and other activities approved in advance by your probation officer. You shall wear an EM device and you shall pay the cost of this program as directed by your probation officer. You shall sign the rules of home confinement/electronic monitoring (EM) and comply with the conditions of home confinement. The period of home confinement will begin as soon as possible after the order is entered by the Court.

Witness: s/ Susan C. Silver                 Signed: s/ Aaron Hall
        Susan C. Silver                             Aaron Hall
        U.S. Probation Officer                      Probationer or Supervised Release

Date: 11/20/06                              Date: 11/20/06