# U.S. District Court
## Southern District of Illinois (Benton)
### CRIMINAL DOCKET FOR CASE #: 4:08-mj-04027-PMF-1
### Internal Use Only

Case title: USA v. Hall
Other court case number: 98-20047 Central District of IL

Date Filed: 09/08/2008

Assigned to: Magistrate Judge Philip M. Frazier

**Defendant (1)**

**Aaron D. Hall**         represented by    **Melissa A. Day, AFPD**
Federal Public Defender's Office - Benton
401 West Main Street
P.O. Box 1075
Benton, IL 62812
618-435-2552
Email: Melissa_Day@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**                           **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**                        **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**                               **Disposition**
18:3606.F

**Plaintiff**

| | |
|---|---|
| USA | represented by **Amanda A Robertson**<br>Assistant U.S. Attorney - Benton<br>402 West Main Street<br>Suite 2A<br>Benton, IL 62812<br>618-439-3808<br>Fax: 618-439-2401<br>Email: Amanda.Robertson@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 09/08/2008 | | Arrest of Aaron D. Hall. (krm) (Entered: 09/09/2008) |
| 09/08/2008 | 1 | Minute Entry for proceedings held before Magistrate Judge Philip M. Frazier: Initial Appearance as to Aaron D. Hall held on 9/8/2008. FPD appointed for proceedings in this district. Waiver of Identity Hearing with request for Preliminary Hearing in the charging district filed and accepted. Defendant ordered removed to ILCD. (Court Reporter FTR - Digital Audio Recording.) (krm) (Entered: 09/09/2008) |
| 09/08/2008 | 2 | Warrant issued in other district as to Aaron D. Hall. (krm) (Entered: 09/09/2008) |
| 09/08/2008 | 3 | CJA 23 Financial Affidavit by Aaron D. Hall. (krm) (Entered: 09/09/2008) |
| 09/08/2008 | 4 | WAIVER of Rule 32.1 Hearings by Aaron D. Hall. Identity Hearing waived. Preliminary Hearing requested in prosecuting district. (krm) (Entered: 09/09/2008) |
| 09/09/2008 | 5 | COMMITMENT TO ANOTHER DISTRICT issued as to Aaron D. Hall. Signed by Magistrate Judge Philip M. Frazier on 9/8/2008. (krm) (Entered: 09/09/2008) |
| 09/09/2008 | 6 | Transmittal Letter to Clerk, ILCD, Urbana. (krm) (Entered: 09/09/2008) |

CERTIFIED TRUE COPY
By Karen R. Metheney
Deputy Clerk
Date 9/9/08

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MINUTES OF INITIAL APPEARANCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 08-MJ-4027-PMF |
| | ) | |
| AARON D. HALL, | ) | |
| | ) | DATE: September 8, 2008 |
| Defendant. | ) | LOCATION: Benton |

PRESENT: HONORABLE PHILIP M. FRAZIER, U. S. MAGISTRATE JUDGE

DEPUTY CLERK: Karen R. Metheney         COURT REPORTER: FTR - Digital Audio Recording

COUNSEL FOR GOVERNMENT: Amanda A. Robertson

COUNSEL FOR DEFENDANT: Jared P. Martin

PROBATION OFFICER: Christopher Origliosso

[ x ]   Financial Affidavit filed; counsel requested. [ x ] Granted [ ] Denied.

[ x ]   Federal Public Defender appointed for proceedings in this district.

[ ]    Defendant waives reading of Indictment. [ ] Indictment read to Defendant.

[ x ]   Defendant has received and reviewed a copy of the
        [ ] Indictment   [ ] Information      [ ] Criminal Complaint
        [ ] Order        [ x ] Petition to Revoke Supervised Release/Probation

[ x ]   Defendant advised of constitutional rights.

[ x ]   Defendant files written waiver of identity hearing, requesting that Preliminary Hearing be held in the charging district. The Court finds the waiver to be voluntary and counseled, and accepts same.

[ ]    Preliminary Hearing set for _____ before _____

[ x ]   Defendant remanded to custody of U.S. Marshal for transport to the Central District of Illinois.

CJA 23
Rev. 5/98

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES  ☐ MAGISTRATE  ☒ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF: USA v.s. Aaron D. Hall
FOR: Southern District of Illinois
AT: Benton

LOCATION NUMBER: FILED SEP 0 8 2008 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF ILLINOIS BENTON OFFICE

DOCKET NUMBER
Magistrate: 08-4027
District Court:
Court of Appeals:

PERSON REPRESENTED (Show your full name): Aaron D. Hall

1 ☒ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

CHARGE/OFFENSE (describe if applicable & check box →)  ☐ Felony  ☐ Misdemeanor

Violation of Supervised Release

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes  ☒ No  ☐ Am Self-Employed
Name and address of employer: Former Employer: Arbee's - Champaign, IL
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment 3/07
How much did you earn per month? $ apx. 450

If married is your Spouse employed? ☐ Yes  ☐ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☒ No
RECEIVED: $ _____
SOURCES: _____

**CASH**
Have you any cash on hand or money in savings or checking accounts?  ☐ Yes  ☒ No  IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☒ No
VALUE: _____
DESCRIPTION: _____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ☒ SINGLE  ☐ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
Total No. of Dependents: _____
List persons you actually support and your relationship to them: 4 minor children (not court ordered to pay child support).

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
APARTMENT OR HOME: _____
Creditors: Medical Bills - Carle Hospital   Total Debt: $ apx. 1000-3000   Monthly Paymt: $ _____
Chase Bank   $ apx. 300   $ _____

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 9-8-08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ Aaron Hall

AO 466 (Rev. 10/03) Waiver of Rule 32.1 Hearings

# UNITED STATES DISTRICT COURT

Southern DISTRICT OF Illinois

UNITED STATES OF AMERICA

v.

Aaron D. Hall

Defendant

**WAIVER OF RULE 32.1 HEARINGS**
(Probation/Supervised Release Violation)

CASE NUMBER: 08-MJ-4027

CHARGING DISTRICTS
CASE NUMBER: 98-20047

FILED SEP 08 2008 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF ILLINOIS BENTON OFFICE

I understand that charges are pending in the **Central** District of **Illinois** alleging violation of **Supervised Release** (Probation / Supervised Release) and that I have been arrested in this district and taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (but only if I will be kept in custody, and the hearing will only be held in this district if the alleged violation occurred here) to determine whether there is probable cause to believe a violation occurred; and

(4) a hearing under Rule 32.1(a)(6), Fed. R. Crim. P., in which I have the burden of establishing my eligibility for release from custody.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

( ) identity hearing

( ) preliminary hearing

(X) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

/s/ Aaron Hall
Defendant

/s/ Jared Martin
Defense Counsel

9-8-08
Date

4

AO 94 Commitment to Another District

United States District Court
Southern District of Illinois

UNITED STATES OF AMERICA

v.

AARON D. HALL,
         Defendant.

COMMITMENT TO ANOTHER DISTRICT

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense<br>98-20047 | District of Arrest<br>08-MJ-4027-PMF | District of Offense |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON A(N)**
  ☐ Indictment   ☐ Information   ☐ Complaint   ☒ Petition   ☐ Order of Court

charging a violation of Title 18 U.S.C. §3606

**DISTRICT OF OFFENSE:** Central District of Illinois

**DESCRIPTION OF CHARGES:** Violation of Conditions of Supervised Release

**CURRENT BOND STATUS:**
  ☐ Bail fixed at          and conditions were not met
  ☐ Government moved for detention and defendant detained after hearing in district of arrest
  ☐ Government moved for detention and defendant detained pending hearing in district of offense
  ☒ Other (specify) Defendant failed to introduce clear and convincing evidence that he should be on bond pending final disposition of this matter.

**Representation:** ☐ Retained Own Counsel ☒ Federal Defender Organization ☐ CJA Attorney ☐ None

**Interpreter Required?**   ☒ No   ☐ Yes   Language:

**SOUTHERN DISTRICT OF ILLINOIS**

TO: THE UNITED STATES MARSHAL

    You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

    September 8, 2008
        Date

HON. PHILIP M. FRAZIER
UNITED STATES MAGISTRATE JUDGE

| RETURN | | |
|---|---|---|
| This commitment was received and executed as follows: | | |
| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |

5