E-FILED
Thursday, 11 September, 2008 04:31:37 PM
Clerk, U.S. District Court, ILCD

# FINANCIAL AFFIDAVIT

### IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5-98)

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |
|---|---|---|---|---|

IN THE CASE OF

_____ VS. _____

**FOR**

**AT**

**FILED**

**SEP 1 1 2008**

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

**LOCATION NUMBER**

**PERSON REPRESENTED** (Show your full name)

Aaron Hall

**CHARGE/OFFENSE** (describe if applicable & check box →) ☐ Felony ☐ Misdemeanor

| | |
|---|---|
| 1 ☐ Defendant – Adult | |
| 2 ☐ Defendant – Juvenile | |
| 3 ☐ Appellant | |
| 4 ☐ Probation Violator | |
| 5 ☐ Parole Violator | |
| 6 ☐ Habeas Petitioner | |
| 7 ☐ 2255 Petitioner | |
| 8 ☐ Material Witness | |
| 9 ☐ Other (Specify) _____ | |

**DOCKET NUMBERS**

Magistrate

District Court
98-20047-02

Court of Appeals

## ASSETS

### EMPLOYMENT

Are you now employed? ☐ Yes ☒ No ☐ Am Self Employed

Name and address of employer: _____

**IF YES,** how much do you earn per month? $ _____

**IF NO,** give month and year of last employment
How much did you earn per month? $ _____

If married is your Spouse employed? ☐ Yes ☒ No

**IF YES,** how much does your Spouse earn per month? $ _____

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

### OTHER INCOME

Have you received within the past 12 months any income from a business, profession or other form of self–employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No

**IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES**

RECEIVED: _____

SOURCES: *NONE*

### CASH

Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No **IF YES,** state total amount $ _____

### PROPERTY

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☐ No

**IF YES, GIVE THE VALUE AND DESCRIBE IT**

VALUE: $ _____

DESCRIPTION: *NONE*

## OBLIGATIONS & DEBTS

### DEPENDENTS

**MARITAL STATUS**
☐ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents: 5

List persons you actually support and your relationship to them

### DEBTS & MONTHLY BILLS

(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

APARTMENT OR HOME: _____

| Creditors | Total Debt | Monthly Payt. |
|---|---|---|
| *No Expenses – just left IDOC* | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) __9–11–08__

SIGNATURE OF DEFENDANT
(OR PERSON REPRESENTED)

s/ Aaron Hall