E-FILED
Friday, 12 September, 2008   11:51:55 AM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

**SEALED**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | WARRANT FOR ARREST |
|     Plaintiff | ) | |
| | ) | |
| vs | ) | |
| | ) | CASE NO. 98-20047 |
| AARON D. HALL | ) | |
|     Defendant | ) | |

TO:    THE U. S. MARSHAL and any
           AUTHORIZED UNITED STATES OFFICER

**RECEIVED 2007 MAR 12 P 12: 5 MARSHALS SERVICE CENTRAL ILLINOIS**

YOU ARE HEREBY COMMANDED to arrest AARON D. HALL, and bring him or her forthwith to the nearest magistrate judge to answer a Petition charging him or her with violation of supervised release in violation of Title 18, United States Code, Section(s) 3606.

**FILED**
**SEP 1 2 2008**
**CLERK OF THE COURT**
**U.S. DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

DAVID G. BERNTHAL
*Name of Issuing Officer*

s/ David G. Bernthal
_____
*Signature of Issuing Officer*

U.S. MAGISTRATE JUDGE
*Title of Issuing Officer*

3/9/2007        Urbana, IL
*Date and Location*

Bail fixed at NONE. To be determined at initial appearance.

### RETURN

This warrant was received and executed with the arrest of the above named defendant at Pinckneyville C.C.

| Date Received 05/12/07 | Name of Arresting Officer U.S.M.S, S/IL, Benton | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 09/05/08 | Title of Arresting Officer DUSM | |