E-FILED
Monday, 15 September, 2008   04:25:46 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.  ) | Case No. 98-20047-02 |
| ) | |
| **AARON D. HALL** ) | |

# O R D E R

Following the filing of a Petition for Warrant or Summons for Offender Under Supervision (#82) a warrant for arrest was issued by the undersigned. Following his arrest, **Defendant Aaron D. Hall** appeared on September 11, 2008. An initial appearance, pursuant to FED. R. CRIM. P 32.1 was conducted. The Court appointed the Federal Defender to represent the Defendant.

A preliminary hearing was held. The Court determined that probable cause existed to believe that the offender had violated the terms and conditions of his supervised release. The matter was scheduled for revocation hearing before Chief United States District Judge Michael P. McCuskey on September 17, 2008, at 3:00 p.m.

FED. R. CRIM. P. 32.1 provides in part, "The magistrate judge may release or detain the person under 18 U.S.C. § 3143(a) pending further proceedings. The burden of establishing that the person will not flee or pose a danger to any other person or to the community rests with the person." 18 U.S.C. § 3143 dictates that the Defendant is to be detained unless the Court finds by clear and convincing evidence that the person is not likely to flee or pose a danger to the safety of any other person or to the community if released. The Defendant has failed to meet that burden.

Accordingly, **Defendant Aaron D. Hall** is ordered detained pending the violation hearing and remanded to the custody of the United States Marshal.

ENTER this 15th day of September, 2008.

s/ DAVID G. BERNTHAL
U.S. MAGISTRATE JUDGE