E-FILED
Tuesday, 16 September, 2008  02:25:51 PM
Clerk, U.S. District Court, ILCD

CD/IL PROB12C
(Rev. 12/04)

# United States District Court

## for

## CENTRAL DISTRICT OF ILLINOIS

### Amended Petition for Warrant or Summons for Offender Under Supervision

| | | |
|---|---|---|
| **NAME/ADDRESS OF OFFENDER:** | Aaron D. Hall<br>1303 W. Bradley<br>Urbana, IL 61801 | **CASE NUMBER:** 98-20047-002 |
| **SENTENCING JUDICIAL OFFICER:** | Honorable Michael P. McCuskey<br>Chief U.S. District Judge | |
| **ORIGINAL SENTENCE DATE:** | April 8, 1999 | |
| **ORIGINAL OFFENSE:** | Armed Bank Robbery | |
| **ORIGINAL SENTENCE:** | Sentenced to 51 months of imprisonment, 5 years supervised release, and $7,234 restitution. Special conditions of release include: 1) access to financial information by probation officer; 2) no new debts or lines of credit over $250 without probation officer approval; 3) participation in substance abuse treatment/counseling including drug testing and abstinence from alcohol; 4) job training/employment counseling; and 5) no firearms or dangerous weapons. | |
| **TYPE OF SUPERVISION:** | Supervised release | |
| **DATE SUPERVISION COMMENCED:** | March 20, 2002 | |
| **REVOCATION DATE:** | October 15, 2002 | |
| **REVOCATION OFFENSE:** | Unlawful Possession with Intent to Deliver Cannabis/ Unlawful use of Controlled Substance, Failure to Participate in Drug Treatment/Testing as Directed, and Failure to Report as Directed. | |
| **REVOCATION SENTENCE:** | 24 mos. imprisonment followed by 24 months supervised release with all standard conditions as well as the following special conditions: 1) Access to financial, 2) Incur no new debts, 3) Drug testing/treatment, and 4) Job training. | |
| **DATE SUPERVISION COMMENCED:** | June 3, 2004 | |
| **DATE SUPERVISION EXTENDED:** | March 27, 2006 - Supervised release was extended one year to June 1, 2007, as a result of misdemeanor convictions for Possession of Cannabis and Driving Under Suspension. | |

**Prob 12C**
**RE: HALL, Aaron D.**
**Page 2**

**DATE SUPERVISION MODIFIED:**     November 27, 2006 - Supervised release modified to include a condition for six months home confinement with electronic monitoring. Electronic monitoring commenced on November 29, 2006.

**ASSISTANT U.S. ATTORNEY:**     Colin S. Bruce

**DEFENSE ATTORNEY:**     John Taylor, appointed

---

### PETITIONING THE COURT

[ ]     To issue a warrant
[ ]     To issue a summons
**[X]**     To address at the revocation hearing scheduled for September 17, 2008.

The probation officer believes that the offender has violated the following condition(s) of supervision:

VIOLATION
NUMBER          NATURE OF NONCOMPLIANCE

    1.          **LAW VIOLATION - UNLAWFUL POSSESSION/USE WEAPON BY FELON and DELIVERY OF A CONTROLLED SUBSTANCE - CANNABIS**

            MANDATORY CONDITION: While on supervised release, the defendant shall not commit another federal, state, or local crime. You shall not illegally possess a controlled substance. The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

        A.     On **March 9, 2007**, offender Hall possessed approximately 245 grams of marijuana. A search warrant was executed at his residence and the drugs were located in the residence. He attempted to flush a large amount of marijuana down the toilet when the officer's entered the residence. He admitted to officers that the marijuana was his and that he had been selling marijuana from the residence. Another resident also advised that offender Hall had been dealing marijuana from the residence. On July 9, 2007, offender Hall pleaded guilty to Unlawful Possession with Intent to Deliver Cannabis as charged in Champaign County Case #07-CF-410. He was sentenced to 3 years in the Illinois Department of Corrections, consecutive to a 12-month sentence imposed the same date in Case #06-CF-2051.

**Prob 12C**
**RE: HALL, Aaron D.**
**Page 3**

**U.S. Probation Officer Recommendation:**

    **[X]**    The term of supervision should be
          **[X]**    revoked
          **[ ]**    extended for  years, for a total term of  years.
    **[ ]**    The conditions of supervision should be modified as follows:

                                      I declare under penalty of perjury that the foregoing is true and correct.

                                      s/Susan C. Silver
                                      Susan C. Silver
                                      U.S. Probation Officer
                                      Date: 09/16/08

SCS:sdo

---

**THE COURT ORDERS:**

**[ ]**    No action

**[ ]**    The issuance of a warrant

**[ ]**    The issuance of a summons

**[X]**    Other: To be handled at the revocation hearing scheduled for September 17, 2008.

                                      s/ Michael P. McCuskey
                                    _____
                                    Michael P. McCuskey
                                    Chief U.S. District Judge
                                    Date: September 16, 2008