UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 98-20047 |
| ) | |
| AARON D. HALL, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION AS TO SENTENCE

NOW COMES the United States of America, by Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Ronda Holliman Coleman, Assistant United States Attorney, and hereby stipulate to the following :

1. The defendant, Aaron D. Hall, admits to the violation of supervision as contained in Count 1 of the amended petition: manufacture/delivery of a cannabis, a Grade A violation.

2. The defendant has a criminal history category 4 and the guideline range of imprisonment is 24 to 30 months.

3. The defendant shall be sentenced to 30 months imprisonment, no term of supervised release to follow.

FOR THE DEFENDANT:                    FOR THE UNITED STATES:

s/Aaron D. Hall                       s/Ronda Holliman Coleman
AARON D. HALL                         RONDA HOLLIMAN COLEMAN
Defendant                             Assistant United States Attorney


s/John Taylor
JOHN TAYLOR
Attorney for Defendant